Official Form 205
# Involuntary Petition Against a Non-Individual

**12/15**

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

**Part 1:** Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**  *Check one:*
   ☑ Chapter 7
   ☐ Chapter 11

**Part 2:** Identify the Debtor

2. **Debtor's name**  Sherwood Food Distributors

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   ☑ Unknown
   EIN _____

5. **Debtor's address**

   **Principal place of business**
   12499 Evergreen Ave.
   Number    Street

   Detroit, MI 48228-1059
   City             State    Zip Code

   Wayne County

   **Mailing address, if different**
   Number    Street
   P.O. Box
   City             State    Zip Code

   **Location of principal assets, if different from principal place of business**
   Number    Street
   City             State    Zip Code

6. **Debtor's website** (URL)  _____

7. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**  *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

Debtor **Sherwood Food Distributors**      Case number *(if known)*

- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad (as defined in 11 U.S.C. § 101(44)
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)
- ☑ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☑ No
☐ Yes. Debtor _____ Relationship _____

District _____ Date filed _____ Case number, if known _____
MM / DD / YYYY

3

Debtor _____ Relationship _____
District _____ Date filed _____ Case number, if known _____
MM / DD / YYYY

### Part 3: Report About the Case

**10. Venue** *Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **Ashe County Cheese** | **Unpaid invoices for food products** | $ **58,381.04** |
| **Stampede Culinary Partners** | **Unpaid invoices for food products** | $ **405,765.12** |
| **Dutt & Wagner of Virginia, Inc.** | **Unpaid invoices for food products** | $ **238,318.66** |
| | Total of petitioners' claims | $ **689,802.18** |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4 Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Debtor | **Sherwood Food Distrubtors** | Case number *(if known)* | |
|---|---|---|---|

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**

Ashe County Cheese
Name

PO Box 447
Number    Street

West Jefferson, NC 28694
City                 State         Zip Code

**Name and mailing address of petitioner's representative, if any**

Josh Williams
Name

PO Box 447
Number    Street

West Jefferson, NC 28694
City                 State         Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on   04/18/2025
              MM / DD / YYYY

*(signature)*
Signature of petitioner or representative, including representative's title

### Attorneys

**Jason M. Torf**
Printed name

**Tucker Ellis LLP**
Firm name, if any

**233 S. Wacker Drive, Suite 6950**
Number    Street

**Chicago, IL 60606**
City                 State         Zip Code

Contact phone  **312-256-9432**    Email  **jason.torf@tuckerellis.com**

Bar number  **6256778**

State  **IL**

*(signature)*
Signature of attorney
Date signed  04/18/2025
             MM / DD / YYYY

Debtor  **Sherwood Food Distributors**  Case number (*if known*)

✗ *[signature]*
Signature of petitioner or representative, including representative's title

Dutt & Wagner of Virginia, Inc.
Printed name of petitioner

Date signed  04/18/2025
MM / DD / YYYY

**Mailing address of petitioner**

PO Box 518
Number    Street

Abingdon           VA      24212
City               State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

Lake Wagner
Name

PO Box 518
Number    Street

Abingdon           VA      24212
City       State ZIP Code

✗ *[signature]*
Signature of Attorney

Jason M. Torf
Printed name

Tucker Ellis LLP
Firm name, if any

233 S. Wacker Drive, Suite 6950
Number    Street

Chicago            IL      60606
City               State   ZIP Code

Date signed  04/18/2025
MM / DD / YYYY

Contact phone 312-256-9432   Email jason.torf@tuckerellis.com

✗ *[signature]*
Signature of petitioner or representative, including representative's title

Stampede Culinary Partners
Printed name of petitioner

Date signed  04/18/2025
MM / DD / YYYY

**Mailing address of petitioner**

7351 South 78th Ave.
Number    Street

Bridgeview         IL      60455
City               State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

Vito Tambuerllo
Name

7351 South 78th Ave.
Number    Street

Bridgeview         IL      60455
City               State   ZIP Code

✗ *[signature]*
Signature of Attorney

Jason M. Torf
Printed name

Tucker Ellis LLP
Firm name, if any

233 S. Wacker Drive, Suite 6950
Number    Street

Chicago            IL      60606
City               State   ZIP Code

Date signed  04/18/2025
MM / DD / YYYY

Contact phone 312-256-9432   Email jason.torf@tuckerellis.com

Print    Save As...    Add Attachment    Reset