Revised 02/04

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

                        Case No. 25-44044-tjt
                        Chapter 7
        Debtor.           Hon. Thomas J. Tucker

Sherwood Food Distributors

_____/

## STATEMENT REGARDING CORPORATE OWNERSHIP

The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

Name: Unknown_____
Address: _____

Name: _____
Address: _____

Name: _____
Address: _____

(For additional names, attach an addendum to this form)

X    Creditor Stampede Culinary Partners owns no equity in the alleged Debtor.

The undersigned is the:
                X Creditor

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4-21-2025                      _____
                                                    Signature of Authorized Individual
                                                    For Corporate Party

                                                    Vito Tamburello
                                                    Print Name

                                                    Chief Financial Officer
                                                    Title